AO 247 (06/09) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of LOUISIANA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| CARLOS HIGGINBOTHAM | ) Case No: 3:06cr00076-001 |
| | ) USM No: 04560-095 |
| Date of Previous Judgment: November 7, 2006 | ) Rebecca Hudsmith |
| *(Use Date of Last Amended Judgment if Applicable)* | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons  X  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

    X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | | Amended Offense Level: | |
| Criminal History Category: | | Criminal History Category: | |
| Previous Guideline Range: ___ to ___ months | | Amended Guideline Range: ___ to ___ months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**

The retroactive application of the crack cocaine amendment which authorizes reductions in sentence, pursuant to 18 U.S.C. §3582(c)(2), only applies to defendants sentenced under sentencing guidelines enhanced by quantities of crack cocaine. Therefore, the defendant is not entitled to a reduction in sentence.

Except as provided above, all provisions of the judgment dated  11/07/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  November 1, 2011

                                                    *Judge's signature*

Effective Date: _____             Frank J. Polozola, U.S. District Judge
*(if different from order date)*                        *Printed name and title*